IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL WINFIELD,

    Plaintiff,

  v.

                                                      Case No. 20-cv-926-jdp

MICHAEL DITTMAN, KAREN RUCK,
LUCAS WEBER, DR. WHITE, DR. STANGE,
C/O ROHWER, SGT. ZIEGLER, and
LT. CORNELIUS,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 6/1/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |